

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00460-CR

Gary **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8212
Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 1, 2016.

_____
Marialyn Barnard, Justice